PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Brandon Castro**                                              Docket No. 25-CR-442 RK

### Petition for Action on Conditions of Pretrial Release

COMES NOW DANIEL MILNE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Brandon Castro**, who was placed under pretrial release supervision by the **HONORABLE STACEY D. ADAMS. UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Newark, New Jersey** on September 28, 2025, under the following conditions: $100,000 Unsecured Appearance Bond;

1. Pretrial Services supervision;
2. Released into the third-party custody of Agustin Enriquez Jr.;
3. Surrender all passports/travel documents. Do not apply for new travel documents;
4. Travel restricted to the New Jersey, unless otherwise approved by Pretrial Services;
5. Maintain current residence or a residence approved by Pretrial Services;
6. Maintain or actively seek employment as approved by Pretrial Services;
7. No contact with co-conspirators, victims, or witnesses, unless in the presence of counsel;
8. Mental Health testing and/or treatment as directed by Pretrial Services;
9. Substance abuse testing and/or treatment as directed by Pretrial Services;
10. Comply with all state court matters;
11. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

On May 12, 2025, the defendant appeared before Your Honor and was ordered to enter and complete inpatient substance abuse treatment and any aftercare ordered by the program. Due to the defendant on going medical treatment, Your Honor modified the conditions on May 22, 2025 as follows: The defendant was to obtain substance abuse counseling on his own accord, participate in the COMPLY program and sign a release with Physical Therapy so Pretrial can obtain completion and evaluations when requested.

On July 9, 2025, the defendant appeared before the Honorable Robert Kirsch, United States District Judge and entered a guilty plea. He is pending sentencing on November 13, 2025.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  5th  day of  August , 2025  and ordered filed and made a part of the records in the above case. | Executed on  7/29/25 |
| *Stacey D. Adams*  <br>Honorable Stacey D. Adams  <br>U.S. Magistrate Judge | DANIEL MILNE  <br>U.S. Pretrial Services Officer |